UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2015 JUN 10  AM 11: 47

UNITED STATES OF AMERICA

v.

**CHARLES FRED GOTT**

NO. 1:15-CR-13-GNS

INDICTMENT

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 841(b)(1)(E)(i)
21 U.S.C. § 841(b)(2)
21 U.S.C. § 853
18 U.S.C. §1347
18 U.S.C. §1957
18 U.S.C. § 982(a)(1)
18 U.S.C. § 982(a)(7)

The Grand Jury charges:

COUNT 1
(Conspiracy)

In or about and between 2006 and September 19, 2013, in the Western District of Kentucky, Warren County, Kentucky, and elsewhere, the defendant, **CHARLES FRED GOTT**, knowingly conspired with other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute and dispense, not for a legitimate medical purpose in the usual course of professional practice, Schedule II, Schedule III, and Schedule IV controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Sections 846, 841(b)(1)(C), 841(b)(1)(E)(i), and 841(b)(2).

The Grand Jury further charges:

## COUNTS 2-10
(Unlawful Distribution and Dispensing of Controlled Substances-Schedule II)

During the date ranges listed below, in the Western District of Kentucky, Warren County, Kentucky, and elsewhere, the defendant, **CHARLES FRED GOTT**, knowingly and intentionally distributed and dispensed, and caused to be distributed and dispensed, not for a legitimate medical purpose in the usual course of professional practice, Schedule II controlled substances to the patients listed below:

| COUNTS | DATE | DRUG(s) | PATIENT |
| --- | --- | --- | --- |
| 2 | April 6, 2011, through September 19, 2013 | Methadone | A.A. |
| 3 | October 5, 2010, through December 27, 2011 | Fentanyl | R.B. |
| 4 | June 6, 2012, through August 21, 2013 | Methadone | J.P. |
| 5 | March 9, 2011, through May 20, 2013 | Methadone | A.G. |
| 6 | August 12, 2009, through August 16, 2012 | Methadone | C.C. |
| 7 | December 2, 2010, through September 19, 2013 | Methadone | T.E. |
| 8 | May 10, 2011, through September 19, 2013 | Methadone | J.B. |
| 9 | September 14, 2011, through July 28, 2012 | Methadone | B.H. |
| 10 | September 22, 2010, through December 13, 2011 | Fentanyl | J.W. |

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 11
(Unlawful Distribution and Dispensing of Controlled Substances- Schedule III)

During the date ranges listed below, in the Western District of Kentucky, Warren County, Kentucky, and elsewhere, the defendant, **CHARLES FRED GOTT**, knowingly and intentionally distributed and dispensed, and caused to be distributed and dispensed, not for a legitimate medical purpose in the usual course of professional practice, a Schedule III controlled substance, to the patient listed below:

| COUNT | DATE | DRUG | PATIENT |
|---|---|---|---|
| 11 | October 5, 2010, through December 27, 2011 | Hydrocodone | R.B. |

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E)(i).

The Grand Jury further charges:

## COUNT 12
(Health Care Fraud – Upcoding)

In or about and between 2006 and September 19, 2013, in the Western District of Kentucky, Warren County, Kentucky, and elsewhere, the defendant, **CHARLES FRED GOTT**, knowingly and willfully executed, and attempted to execute, a scheme and artifice to obtain, by means of false or fraudulent pretenses, representations, and promises, money and property owned by and under the custody or control of health care benefit programs, in connection with the delivery of, and payment for health care benefits, items, and services, to wit: **GOTT**, falsely and fraudulently billed various health care benefit programs, including Medicare and Medicaid,

as listed below, among others, by submitting claims for office visits at a higher code than the service actually provided, including but not limited to the patients listed below:

| DATES OF SERVICE | BENEFICIARY | PROGRAM(S) | CPT CODE BILLED |
|---|---|---|---|
| 05/14/09-02/07/13 | S.H. | Medicare | 99214 |
| 04/14/09-07/11/13 | D.P. | Medicare | 99214 |
| 03/17/09-10/26/10 | B.C. | Medicare | 99214 |
| 06/29/10-06/17/13 | M.S. | Medicaid/MCO | 99214 |
| 09/02/09-08/09/12 | C.C. | Medicare/Medicaid/MCO | 99214 |
| 08/05/09-01/23/12 | H.P. | Medicaid/MCO | 99214 |
| 01/26/09-02/04/13 | B.M. | Medicare/Medicaid | 99214 |
| 08/21/12-02/19/13 | J.F. | Medicare | 99214 |
| 12/04/09-02/18/13 | S.D. | Medicare | 99214 |
| 01/29/08-03/04/10 | T.C | Medicaid/MCO | 99214 |

In violation of Title 18, United States Code, Section 1347.

The Grand Jury further charges:

COUNT 13
(Health Care Fraud – Spirometry)

In or about and between 2006 and September 19, 2013, in the Western District of Kentucky, Warren County, Kentucky, and elsewhere, the defendant, **CHARLES FRED GOTT**, knowingly and willfully executed, and attempted to execute, a scheme and artifice to obtain, by means of false or fraudulent pretenses, representations, and promises, money and property

owned by and under the custody and control of health care benefit programs, in connection with the delivery of, and payment for health care benefits, items, and services, to wit: **GOTT** directed staff members to provide medically unnecessary spirometry tests to patients, and to falsely and fraudulently bill various health care benefit programs, including Medicare, Medicaid, and Anthem as listed below, among others, by submitting claims for the medically unnecessary spirometry tests, including but not limited to the patients listed below:

| DATES OF SERVICE | BENEFICIARY | PROGRAM(S) | CPT CODE BILLED |
|---|---|---|---|
| 05/14/09-02/07/13 | S.H. | Medicare | 94010 |
| 08/18/09-03/06/12 | B.C. | Medicare | 94010 |
| 12/10/09-02/06/13 | D.P. | Medicare | 94010 |
| 11/26/12 | C.H. | Anthem | 94010 |
| 11/30/09-10/15/12 | B.M. | Medicare/Medicaid | 94010 |
| 11/12/09-02/18/13 | S.D. | Medicare | 94010 |
| 11/25/09-01/23/12 | H.P. | Medicaid/MCO | 94010 |
| 04/14/10-05/09/12 | C.C. | Medicare/Medicaid | 94010 |
| 08/08/12-02/05/13 | J.F. | Medicare | 94010 |
| 06/14/12-10/26/12 | B.M. | Medicaid/MCO | 94010 |
| 01/30/09-08/08/12 | T.C. | Medicaid/MCO | 94010 |

In violation of Title 18, United States Code, Section 1347.

The Grand Jury further charges:

## COUNT 14
(Money Laundering)

On or about March 22, 2012, in the Western District of Kentucky, Warren County, Kentucky, and elsewhere, the defendant, **CHARLES FRED GOTT**, knowingly engaged and attempted to engage in a monetary transaction, in criminally derived property greater than $10,000, when **GOTT** transferred, via check, $14,000 to a Merrill Lynch investment account, which was derived from a specified unlawful activity, that is the unlawful drug distribution and health care fraud alleged in Counts 1 and 13.

In violation of Title 18, United States Code, Section 1957.

## NOTICE OF FORFEITURE

1. The Grand Jury realleges counts 1-14 of this Indictment, as set forth above, and incorporates the counts by reference as if the same were fully set forth herein.

2. As a result of committing violations of Title 21, United States Code, Sections 846 and 841; Title 18, United States Code, Section 1347; and Title 18, United States Code, Section 1957, as alleged in this Indictment, the defendant, **CHARLES FRED GOTT**, shall forfeit to the United States any and all property constituting, or derived from proceeds **CHARLES FRED GOTT** obtained, directly or indirectly, as a result of the offenses alleged in this Indictment, and any property which facilitated or was involved in such offenses, including but not limited to:

   a. Money Judgment for the proceeds of these offenses;

   b. **CHARLES FRED GOTT's** license to practice medicine;

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant, **CHARLES FRED GOTT**,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

Pursuant to Title 18, United States Code, Sections 982(a)(1) and(7), and Title 21, United States Code, Section 853.

A TRUE BILL.

_____
JOHN E. KUHN, JR.
ACTING UNITED STATES ATTORNEY

JEK: MAC

UNITED STATES OF AMERICA v. **CHARLES FRED GOTT**

## PENALTIES

Counts 1-10:  NM 20 yrs./$1,000,000/both/NL 3 yrs. Supervised Release (each count)
Counts 11-14: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | |
|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: $100 per count/individual |
| | $125 per count/other | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

   18 U.S.C. §§ 3612, 3613
   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:
Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:
Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:
Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:
Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF K

2015 JUN 10 AM 11:47

No. 1:15-CR-13-GNS

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Bowling Green Division

THE UNITED STATES OF AMERICA
vs.
CHARLES FRED GOTT

# INDICTMENT

**Title 21 U.S.C. § 846, 841(b)(1)(C); 841(b)(1)(E)(i), 841(b)(2); 841(a)(1); Title 18 U.S.C. §1347; 1957; Conspiracy to Distribute and Dispense Controlled Substances; Unlawful Distribution and Dispensing of Controlled Substances; Health Care Fraud; Money Laundering**

A true

_____ Foreperson

Filed in open court this 10th day, of June, 2015.

_____ Clerk

Bail, $